MARY FISHEL, )
)
    Plaintiff, )
v )   Civil Action No 1 04CV181
)
JO ANNE B BARNHART, )
Commissioner of Social Security, )
)
    Defendant )

## JUDGMENT

Pursuant to the Order of this Court dated **August 9**, 2005 and filed on **July 26**, 2005 and for the reasons stated therein, it is hereby ordered that the final, fully favorable Decision of the Commissioner of Social Security issued after this case had been remanded be affirmed

This the 9th day of August, 2005

                              /s/ James A. Beaty
                              United States District Judge